David R. Jordan, Ariz. Bar No. 013891
***The Law Offices of David R. Jordan, P.C.***
1995 State Road 602
PO Box 840
Gallup, NM 87305-0840
(505) 863-2205
Fax: (866) 604-5709
david@jordanlegal.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| SHANTELLE SLOAN, ) | No. 3:16-CV-08059-DCG |
| Plaintiff, ) | |
| vs. ) | **PLAINTIFF'S STATEMENT REGARDING SETTLEMENT** |
| UNITED STATES OF AMERICA; CALVIN GISHIE; GLENN SMITH, JR; LAMONT BROWN; RANDALL TOMASYO; ROLAND DASH, ) | |
| Defendants. ) | |

    Plaintiff, through the undersigned, hereby states that he has been diligently working with his client to obtain a settlement position. He relayed his client's settlement position to opposing counsel this morning, and counsel mutually agreed that the parties were rather far apart at this point. However, discovery and other events and this case may bring the parties closer together, and the undersigned will continue to work with his client on this issue.

1

DATED this 27th day of January, 2017.

***The Law Offices of David R. Jordan, P.C.***

*/s/ David R. Jordan*
David R. Jordan
1995 State Road 602
PO Box 840
Gallup, New Mexico 87305
Attorney for Plaintiff

CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants: Kristina Morrison, Kristina.Morrison@usdoj.gov, and Joshua M. Montinigni, josh@milawfirm.org.

*/s/ David R. Jordan*