ELIZABETH A. STRANGE
Acting United States Attorney
District of Arizona

KRISTINA L. MORRISON
Assistant U.S. Attorney
Arizona State Bar No. 029646
Two Renaissance Square
40 North Central Avenue, Suite 1200
Phoenix, Arizona  85004-4408
Telephone:  602-514-7500
Facsimile:   602-514-7760
Email:  Kristina.Morrison@usdoj.gov
Attorneys for Defendant United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shantelle Sloan,<br><br>   Plaintiff,<br><br>   vs.<br><br>United States of America; *et al.*,<br><br>   Defendants. | CIV-16-08059-PHX-DGC<br><br>**NOTICE OF SETTLEMENT** |

Defendant United States of America hereby notifies the Court that the parties have reached a settlement agreement in this matter.

The parties will file a joint stipulation to dismiss this matter with prejudice, with each party to bear its own costs and fees, once the settlement amount has been paid in full.

Respectfully submitted this 3rd day of April, 2017.

                                                            ELIZABETH A. STRANGE
                                                            United States Attorney
                                                            District of Arizona

                                                            *s/Kristina L. Morrison*
                                                            KRISTINA L. MORRISON
                                                            Assistant U.S. Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on this 3rd day of April, 2017, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s):

| | |
|---|---|
| David R. Jordan<br>Law Offices of David R. Jordan<br>1995 State Road 602<br>Gallup, New Mexico 87305-0840<br>Attorneys for Plaintiff | Joshua M. Montagnini<br>Mason & Isaacson, P.A.<br>P.O. Box 1772<br>104 East Aztec Avenue<br>Gallup, New Mexico 87305-1772<br>Attorneys for Plaintiff |

*s/Kristina Morrison*
U.S. Attorney's Office